JOHN W. RICHARDSON
5161 SOQUEL DRIVE, SUITE F
SOQUEL, CA 95073
(831) 475-2404
Trustee in Bankruptcy

FILED
SEP 21 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - Northern District of California

In re:

**ESHCONNECT, INC.**

Debtor(s)

Case No. **05-53700**

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $88.23. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 000024 | HUNTON AND WILLIAMS<br>c/o Lucas Bergkamp et al., Avenue Louise 326<br>1050 Brussel - Belgium, | 50,000.00 | 39.61 |
| 000018 | CREM<br>Spuistraat 1004d, 1012 VA Amsterdam<br>The Netherlands, | 7,920.00 | 6.28 |
| 000021A | CA-GATEWAY OFFICE LIMITED PARTNERSH<br>2 North Riverside Plaza #1600<br>Chicago, IL 60606 | 41,471.00 | 32.86 |
| 000008 | SWEATMAN, ANDREW<br>125 Victoria Street, Fitzroy VIC 3065<br>Australia, | 11,963.71 | 9.48 |

Total Unclaimed Dividends: $88.23

Dated: September 12, 2011

JOHN W. RICHARDSON, TRUSTEE